(84 South. 860)

SUXTON v. STATE. (4 Div. 636.)

(Court of Appeals of Alabama. April 6, 1920.)

CRIMINAL LAW �køⲟ1092(7)—BILL OF EXCEPTIONS, PRESENTED MORE THAN 90 DAYS AFTER JUDGMENT, CANNOT BE CONSIDERED.

A bill of exceptions in criminal case, presented to the trial judge more than 90 days after judgment, cannot be considered.

Appeal from Circuit Court, Coffee County; F. Lloyd Tate, Judge.

Jay Suxton was convicted of grand larceny, and he appeals. Affirmed.

J. A. Carnley, of Elba, for appellant.
J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. The judgment was entered October 14, 1919, and the bill of exceptions presented to the trial judge on January 13, 1920, more than 90 days after judgment. The bill of exceptions cannot be considered. Box v. Southern Ry. Co., 184 Ala. 598, 64 South. 69.

There is no error in the record, and the judgment is affirmed.

Affirmed.